**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard Lee CLONCE, also known as Rick Clonce, Defendant–Appellant.**

**No. 05–60821 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 21, 2006.

Richard Terrell Starrett, Cynthia Lynn Eldridge, Assistant U.S. Attorneys, U.S. Attorney's Office Southern District of Mississippi, Jackson, MS, for Plaintiff–Appellee.

Samuel Dennis Joiner, Federal Public Defender, Federal Public Defender's Office Southern District of Mississippi, Jackson, MS, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Richard Lee Clonce has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Clonce received a copy of counsel's motion and has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.